## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANGELA DEMMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-cv-07963 |
| vs. ) | |
| ) | Judge Sharon Johnson Coleman |
| ADMIN RECOVERY, LLC, ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Angela Demma ("Plaintiff") and Defendant Admin Recovery LLC ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with the Defendant to resolve the claims against the Defendant.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Stipulation to Dismiss with the Court shortly.

Respectfully submitted,

| **ANGELA DEMMA** | **ADMIN RECOVERY, LLC** |
|---|---|
| By: /s/ Brian Matsko | By: /s/ John Touhey |
| Her attorney | Attorney for Defendant (In-house Counsel) |
| | |
| Brian J Matsko (6306531) | John Touhey |
| Matsko Law Offices, LLC | Admin Recovery, LLC |
| 1121 West Belmont Avenue, Suite 4 | 9159 Main Street |
| Chicago, Illinois 60657 | Clarence, NY 14031 |
| (312) 508-3306 | (855) 718-2500 |
| (312) 253-4461 (FAX) | (716) 580-3823 |
| bmatsko@matskolawgroup.com | jtouhey@adminrecovery.com |
| | Employee of Admin Recovery. LLC |