UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Angela Demma
                    Plaintiff,

v.                                          Case No.: 1:12–cv–07963
                                            Honorable Sharon Johnson Coleman

Admin Recovery LLC
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 8, 2013:

    MINUTE entry before Honorable Sharon Johnson Coleman: Status hearing held on 2/8/2013. This case is dismissed without prejudice with leave to reinstate within 30 days. If no motion to reinstate is filed in 30 days, the dismissal will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.